```
UNITED STATES DISTRICT COURT
   NORTHERN DISTRICT OF GEORGIA
         ATLANTA DIVISION
```

| | |
|---|---|
| EDDIE OLIVER, | CRIMINAL ACTION<br>1:03-CR-155-CAP-ECS-3 |
| Movant, | CIVIL ACTION |
| v. | NO. 1:11-CV-3908-CAP |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

**O R D E R**

This action is before the court on the Report and Recommendation ("R&R") of the magistrate judge [Doc. No. 1386] and the movant's objections there to [Doc. No. 1387]. Section 2255(h) provides that "[a] second or successive motion [to vacate] must be certified . . . by a panel of the appropriate court of appeals." The magistrate judge properly found this motion to be successive and that the movant has made no showing to this court that he has received the required certification from the Eleventh Circuit Court of Appeals allowing him to file a successive motion to vacate. The movant's reliance upon the triggers for the statute of limitation (28 U.S.C. § 2255(f)) do not change the successive nature of this petition. Accordingly, the court agrees with the report and recommendation of the magistrate judge, and it is received with approval and ADOPTED as the opinion and order of this court

SO ORDERED, this 11th day of January, 2012.

/s/ Charles A. Pannell, Jr.
CHARLES A. PANNELL, JR.
United States District Judge